VIA FAX

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

PAUL VELASQUEZ and FAVIOLA
ALVAREZ, on behalf of themselves
and all others similarly situated.

vs

HSBC FINANCE CORPORATION;
HSBC FINANCE CORPORATION
dba HOUSEHOLD FINANCE
CORPORATION; HSBC FINANCE
CORPORATION dba BENEFICIAL;
and DOES 1 through 10, inclusive.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0153 J LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Alan R. Plutzik, Of Counsel
Schiffrin, Barroway, Topaz & Kessler, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

JAN 2 4 2008

_____W. Samuel Hamrick, Jr._____          _____
                CLERK                                          DATE

_____
By                    , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## Attachment A

HSBC Finance Corporation
452 Fifth Ave.
New York, NY 10018

HSBC Finance Corporation dba Household Finance
Corporation
452 Fifth Ave.
New York, NY 10018

HSBC Finance Corporation dba Beneficial
452 Fifth Ave.
New York, NY 10018